## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 14-03583-AS | Date | April 30, 2015 |
| Title | Audrey D. Carter v. Carolyn W. Colvin | | |

| | |
|---|---|
| Present: The Honorable | Alka Sagar, United States Magistrate Judge |

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| N/A | N/A |

**Proceedings:**       **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On May 19, 2014, Plaintiff Audrey D. Carter filed a Complaint seeking judicial review of a decision of the Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g) and 28 U.S.C. § 1361. (Docket Entry No. 3.) On January 9, 2015, the Court issued an Order granting Plaintiff to appear Pro Per. (Docket Entry No. 18.) The Court then modified its Order Re Procedures in Social Security Case (Docket Entry No. 7), requiring Plaintiff to file a motion for summary judgment on or before March 10, 2015. (See Docket Entry No. 19.)

As of the date of this Order, Plaintiff has failed to file a motion for summary judgment. Therefore, Plaintiff is ORDERED TO SHOW CAUSE, within **fourteen (14) days** of the date of this Order, why this action should not be dismissed with prejudice for failure to prosecute and failure to comply with the Court's Order. Alternatively, Plaintiff may discharge this Order to Show Cause by filing a motion for summary judgment or remand no later than noon on **May 14, 2015** (with a courtesy copy delivered directly to Magistrate Judge Sagar's chambers on the Ninth Floor of the Courthouse at 312 N. Spring Street, Los Angeles, California 90012). If Plaintiff timely files her motion, the Court will consider it to be a satisfactory response to this Order to Show Cause and vacate the Order.

**Plaintiff is admonished that her failure to satisfactorily respond to this Order will result in a recommendation that this action be dismissed with prejudice for failure to prosecute and failure to comply with the Court's Orders. See Fed. R. Civ. P. 41(b).**

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | AF | |