UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY D. CARTER,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | NO. CV 14-03583-AS<br><br>**JUDGMENT** |

   IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

   DATED: June 12, 2015

                                    /s/
                              ALKA SAGAR
                       UNITED STATES MAGISTRATE JUDGE